# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-00698 |
| | ) | |
| v. | ) | |
| | ) | Honorable Ellen L. Hollander |
| BALTIMORE POLICE DEPARTMENT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ALEX WEBB

I, Alex Webb, state and swear, under the penalties of perjury, as follows:

1. I am over the age of 18 and am competent to testify to the facts herein.
2. I am an employee of Planet Depos, the company that administered the deposition of Paul Burton on December 10, 2020.
3. I have reviewed the Court's Order Regarding the Inadvertent Recording of a Court Proceeding that was filed on December 28, 2020.
4. Planet Depos consents to the terms of the Court's Order and will promptly comply with the applicable provisions of the Order.

I hereby declare and affirm under the penalties of perjury that the foregoing representations are true and correct.

*Alex Webb*

Dated: Jan 04, 2021          _____
                                              Alex Webb