```
              OBSCIS OFFENDER FUNCTIONS
              OFFENDER TRAFFIC HISTORY               DATE: 02/05/21
                                                     TIME: 07:04

DOC #:     BURTON              PAUL


    DATE        TIME   LOCATION       BLOCK TIER CELL BED   REASON           PER
 04 14 1989   14 00    SEE REASON                        87 MAND SUPER    SHIFFLETT J -released
 12 02 1988   14 00    HAGER TRNG     HU5B    2   007   S 02 DISCIPLINE   SHIFFLETT J
 12 01 1988   14 00    HAGER TRNG     HU5B    2   015   S 02 DISCIPLINE   SHIFFLETT J
 11 23 1988   14 00    HAGER TRNG     HU5B    1   022   A 02 DISCIPLINE   SHIFFLETT J
 11 03 1988   14 00    HAGER TRNG     HU5B    1   029   A 02 DISCIPLINE   SHIFFLETT J
 10 26 1988   14 00    HAGER TRNG     HU5A    1   029   B 02 DISCIPLINE   SHIFFLETT J
 10 22 1988   14 00    HAGER TRNG     HU5A    1   024   B 01 ADMIN        SHIFFLETT J
 10 22 1988   09 00    HAGER TRNG                         01 ADMIN        ROEBUCK T TEM
 10 20 1988   09 00    HAGER CORR                         04 MEDICAL      HOVERMALE C (C
 07 30 1988   14 00    HAGER TRNG     HU5A    1   024   B 02 DISCIPLINE   SHIFFLETT J
 07 26 1988   14 00    HAGER TRNG     HU5A    2   012   S 02 DISCIPLINE   SHIFFLETT J
 07 11 1988   14 00    HAGER TRNG     HU5A    2   009   S 02 DISCIPLINE   SHIFFLETT J
 07 11 1988   14 00    HAGER TRNG     HU5A    2   009   S 03 HOUSING      SHIFFLETT J
 07 05 1988   14 00    HAGER TRNG     HU4C    1   021   A 03 HOUSING      SHIFFLETT J
 06 26 1988   14 00    HAGER TRNG     HU5D    1   006   A 03 HOUSING      SHIFFLETT J
 06 24 1988   14 00    HAGER TRNG     HU5D    2   007   S 03 HOUSING      SHIFFLETT J
 06 11 1988   16 00    HAGER TRNG     HU5A    2   021   S 03 HOUSING      STARNER S
 06 03 1988   16 00    HAGER TRNG     HU5B    2   019   S 03 HOUSING      STARNER S
 05 30 1988   14 00    HAGER TRNG     HU5B    1   006   A 03 HOUSING      SHIFFLETT J
 04 27 1988   14 00    HAGER TRNG     HU5B    1   001   A 02 DISCIPLINE   SHIFFLETT J
 04 19 1988   14 00    HAGER TRNG     HU4B    1   009   A 03 HOUSING      SHIFFLETT J
 02 20 1988   14 00    HAGER TRNG     HU4C    1   027   A 03 HOUSING      SHIFFLETT J
 02 14 1988   14 00    HAGER TRNG     HU4A    1   003   B 03 HOUSING      SHIFFLETT J
 02 01 1988   14 00    HAGER TRNG     HU4B    1   007   A 03 HOUSING      SHIFFLETT J
 01 29 1988   14 00    HAGER TRNG     HU5B    1   030   A 02 DISCIPLINE   GESSFORD H
 01 07 1988   14 00    HAGER TRNG     HU5C    1   019   A 02 DISCIPLINE   SHIFF
```