1    tell us.  Where were you incarcerated?
2         A    I received a three-year conviction on
3    March the 24th, 1987 before Judge John Prevas.  I
4    was sent to the Maryland -- to Maryland
5    Correctional Training Center in Hagerstown,
6    Maryland.  I was placed on what is called the
7    Juvenile Tier in housing unit 6.  My counselor's
8    name back then was Counselor Baker, B-A-K-E-R.  I
9    got released -- I got released around April,
10   between March and April of 1989.  So there was no
11   way that I could have been on the scene to be a
12   witness to somebody getting shot.
13            So with that, that's enough to show that
14   I did not -- and another reason why I would not
15   have participated in any affidavit.  Because there
16   was no way I could have witnessed somebody
17   shooting or fighting or any of that.  That's why I
18   say you guys want to let this one go.
19        Q    At the time you were a juvenile?
20        A    At the age of 17 -- I was 17.  I was
21   still considered a juvenile under the Constitution
22   under the Redford case, that I was not an adult