STATE'S ATTORNEY
Marilyn J. Mosby

OFFICE *of the* STATE'S ATTORNEY *for* BALTIMORE CITY
120 East Baltimore Street | Baltimore, Maryland 21202

DIRECT DIAL
443-984-6000

January 15, 2019

Andrew Freeman, Esq.
Neel Lalchandani, Esq.
Brown, Goldstein, & Levy
120 E. Baltimore Street
Suite 1700
Baltimore, MD 21202

RE: Md. Crim. Pro. §8-301(h) Certification of Conviction in Error
Petitioner Jerome Johnson, Case Number 18831504

Dear Sirs:

This letter responds to your written request dated January 11, 2019, pursuant to Md. Crim. Pro. §8-301 (h) on behalf of Petitioner Jerome Johnson.

Pursuant to Md. Crim. Pro. §8-301 (h), this letter serves as certification that the conviction obtained in the above-referenced case on March 15, 1989, has been determined to be in error based on newly discovered evidence. In compliance with the statutory requirements, the State further provides as follows:

(1) That on July 2, 2018, the Court, on the request of the State, granted a Joint Petition for Writ of Actual Innocence filed pursuant to Md. Crim. Pro. §8-301;
(2) A new trial was granted; and
(3) The State entered a nolle prosequi as to each count of the indictment based on the State's determination that Petitioner Jerome Johnson is factually innocent of the charges.

Sincerely,

Marilyn J. Mosby
State's Attorney for Baltimore City