

April 28, 2021

**VIA ECF**
Hon. Deborah L. Boardman
United States District Court
101 West Lombard Street, 3C
Baltimore, Maryland 21201

   Re: *Johnson v. Baltimore Police Department et al.*
      No. ELH-19-0698

Dear Judge Boardman:

  Pursuant to your Letter Order of March 8, 2021 (ECF No. 84), we write regarding a discovery dispute that the parties have been unable to resolve despite good-faith efforts to do so.

  The parties have a dispute regarding Plaintiff's assertion of work product protections to interviews with third-party witnesses. Specifically, this issue arose at an April 13, 2021 deposition, and the parties anticipate the issue potentially arising again at future depositions. Each side will submit its own position paper to articulate the nature of the dispute and its relative position.

  On April 22, 2021, counsel for Plaintiff (Kobie Flowers and Neel Lalchandani) met and conferred via Zoom with counsel for the Individual Defendants (Judson Arnold) and BPD (Kara Lynch). The parties have been unable to agree to a resolution.

                Respectfully,

| /s/ | /s/ |
|---|---|
| Kobie A. Flowers (Bar No. 16511) | Shneur Z. Nathan (20707) |
| Andrew D. Freeman (Bar No. 03867) | Avi Kamionski (20703) |
| Neel K. Lalchandani (Bar No. 03867) | Judson Arnold (21296) |
| Abigail A. Graber (Bar No. 03867) | Nathan & Kamionski LLP |
| Brown, Goldstein & Levy, LLP | 575 S. Charles St., Suite 402 |
| 120 E. Baltimore Street, Suite 2500 | Baltimore, MD 21201 |
| Baltimore, Maryland 21201 | T: (312)612-1955 |
| kflowers@browngold.com | F: (952)658-3011 |
| adf@browngold.com | |
| nlalchandani@browngold.com | |
| agraber@browngold.com | |

T: (410) 962-1030/ F: (410) 385-0869     *Attorneys for Defendants Kevin Davis, Frank Barlow, Daniel Boone, and Gerald Goldstein*

 

Nancy S. Forster (Bar No. 30194)  
nforster@gmail.com  
Forster & LeCompte  
210 Allegheny Avenue, Suite 100  
Towson, Maryland 21204  
Tel: (410) 685-6000  
Fax: 410-685-0298  

*Attorneys for Plaintiff*

_____/s/_____  
Kara K. Lynch (29351)  
Justin S. Conroy (28480)  
Chief Solicitors  
Natalie R. Amato (20749)  
Assistant City Solicitor  
Baltimore City Department of Law  
Office of Legal Affairs City Hall, Room 101  
100 N. Holliday Street  
Baltimore, MD 21202  
410-396-2496 (telephone)  
410-396-2126 (facsimile)  
kara.lynch@baltimorepolice.org  

*Attorneys for Defendant Baltimore Police Department*