UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
Fax: (410) 962-2577
MDD_DLBChambers@mdd.uscourts.gov

May 25, 2021

RE:  *Johnson v. Baltimore Police Department, et al.*
     Civil No.: ELH-19-698

# **LETTER ORDER**

Dear Counsel:

The individual defendants served a subpoena and a subpoena rider on the State's Attorney's Office ("SAO"), seeking documents that relate to the trial and post-conviction efforts of plaintiff Jerome Johnson and his co-defendants Reginald Dorsey, Alvin Hill, and Thomas Carroll. On May 16, 2021, the individual defendants notified me that they did not believe they had received all responsive documents, and they asked me "to compel the SAO to produce unredacted documents responsive to properly issued subpoenas for records," or to certify that it made a good faith effort to locate responsive documents. ECF 104. On May 12, the SAO submitted a response via email. I addressed the issue on a Zoom conference today, during which the SAO represented that it has produced all responsive documents. With respect to Mr. Dorsey's submission to the Conviction Integrity Unit, which arguably is unresponsive to the subpoenas, counsel for the SAO and the individual defendants will meet and confer to resolve the issue relating to its production consistent with our discussion today.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Sincerely,

/S/

Deborah L. Boardman
United States Magistrate Judge

cc: Wendy Shiff, counsel for SAO