

August 24, 2021

**VIA ECF**
Hon. Deborah L. Boardman
United States District Court
101 West Lombard Street, 3C
Baltimore, Maryland 21201

   Re: *Johnson v. Baltimore Police Department et al.*
      No. ELH-19-0698

Dear Judge Boardman:

  Pursuant to your Letter Order of March 8, 2021 (ECF No. 84), we write regarding a discovery dispute that the parties have been unable to resolve, despite good-faith efforts to do so.

  Individual Defendants seek to depose Nancy Forster, who remains one of Plaintiff's counsel despite withdrawing from Plaintiff's case as counsel of record. Individual Defendants want to depose Ms. Forster regarding matters that they consider to be fact based and relevant to this case. Individual Defendants do not intend to ask Ms. Forster questions that invade attorney-client privilege or attorney work product. Ms. Forster has accepted service for the deposition, but has not yet agreed to participate in the proceeding on the basis of attorney-client privilege and work product doctrine. Plaintiff objects to Individual Defendants' deposition subpoena on the basis that Individual Defendants have failed to meet the legal requirements needed to depose Ms. Forster.

  On August 23, 2021, counsel for Individual Defendants (Judson Arnold) met and conferred with counsel for Plaintiff (Kobie Flowers) via telephone.[1] The parties have been unable to agree to a resolution. Individual Defendants have set Ms. Forster's deposition for Friday, August 27, 2021. Fact discovery closes on August 30, 2021. Amended Scheduling Order (ECF No. 114).

             Respectfully,

| /s/ | /s/ |
|---|---|
| Kobie A. Flowers (Bar No. 16511) | Shneur Z. Nathan (20707) |
| Andrew D. Freeman (Bar No. 03867) | Avi Kamionski (20703) |
| Neel K. Lalchandani (Bar No. 03867) | Judson Arnold (21296) |

---

[1] Defendant Baltimore Police Department has adopted the position taken by Individual Defendants.

| | |
|---|---|
| Abigail A. Graber (Bar No. 03867)<br>Brown, Goldstein & Levy, LLP<br>120 E. Baltimore Street, Suite 2500<br>Baltimore, Maryland 21201<br>kflowers@browngold.com<br>adf@browngold.com<br>nlalchandani@browngold.com<br>agraber@browngold.com<br>T: (410) 962-1030/ F: (410) 385-0869 | Nathan & Kamionski LLP<br>575 S. Charles St., Suite 402<br>Baltimore, MD 21201<br>T: (312)612-1955<br>F: (952)658-3011<br><br>*Attorneys for Defendants Kevin Davis, Frank Barlow, Daniel Boone, and Gerald Goldstein* |
| *Attorneys for Plaintiff* | _____/s/_____<br>Kara K. Lynch (29351)<br>Justin S. Conroy (28480)<br>Chief Solicitors<br>Natalie R. Amato (20749)<br>Assistant City Solicitor<br>Baltimore City Department of Law<br>Office of Legal Affairs City Hall, Room 101<br>100 N. Holliday Street<br>Baltimore, MD 21202<br>410-396-2496 (telephone)<br>410-396-2126 (facsimile)<br>kara.lynch@baltimorepolice.org<br><br>*Attorneys for Defendant Baltimore Police Department* |