**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>TIMOTHY J. SULLIVAN<br>UNITED STATES MAGISTRATE JUDGE<br>MDD_TJSchambers@mdd.uscourts.gov | U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770<br>(301) 344-3593 |

August 31, 2021

LETTER TO COUNSEL:

      Re:    *Johnson v. Baltimore Police Department, et al.*
               Case No. ELH-19-0698

Dear Counsel:

      This case has been referred to me for all discovery and related scheduling matters. This letter memorializes the results of the informal telephone conference held on August 31, 2021.

      1.    The Individual Defendants' request (ECF No. 121) to depose Plaintiff's former attorney of record (Nancy Forster) is **DENIED**. For the reasons stated during the call, and applying the standard set forth in *Maxtena, Inc. v. Marks*, 289 F.R.D. 427, 440 (D. Md. 2012) and *N.F.A. Corp. v. Riverview Narrow Fabrics, Inc.*, 117 F.R.D. 83, 86 (M.D.N.C. 1987), the Court finds that the Individual Defendants have not met their burden to show a legitimate need for the deposition that outweighs its potential burden on Plaintiff and the Court.

      2.    The Individual Defendants' request (ECF No. 124) to depose Lekisha Snead, Aaron Steve Owens, and Deborah McFadden is **GRANTED**. Because the Defendants have made diligent efforts to complete these depositions before the August 30, 2021, discovery deadline, the Court finds good cause to extend fact discovery for the limited purpose of allowing these depositions to proceed. The depositions must take place within 45 days of the date of this Order.

      3.    Plaintiff may submit the statement of Alvin Morgan to my chambers for in camera review. Plaintiff should submit the statement, along with any argument or evidence supporting his claim that the document is protected work product, ex parte to my chambers email (MDD_TJSchambers@mdd.uscourts.gov). As stated during the telephone conference, the Court declines to discuss the matter with counsel on the phone.

      4.    The Defendants' request (ECF No. 124) to amend the deadlines in the Court's scheduling order (ECF No. 114) is **DENIED**.

2

Despite the informal nature of this letter, it is an Order of Court and will be docketed accordingly.

Sincerely yours,

_____/s/_____
Timothy J. Sullivan
United States Magistrate Judge