**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JEROME L. JOHNSON, )
)
Plaintiff, ) No. 1:19-cv-00698
)
v. )
) Honorable Ellen L. Hollander
BALTIMORE POLICE DEPARTMENT, *et al.* )
)
Defendants. )

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Jerome L. Johnson (hereinafter "Plaintiff"), Defendants Kevin Davis, Frank Barlow, Daniel Boone, and Gerald Goldstein (hereinafter the "Officer Defendants"), and Defendant Baltimore Police Department (hereinafter the "BPD"), pursuant to Federal Rule of Civil Procedure 16(b)(4), submit this Joint Motion to Amend the Scheduling Order to extend the deadline for filing dispositive motions, and state the following in support thereof:

1. On August 3, 2021, the Court approved an amended Scheduling Order, setting the deadline for dispositive pretrial motions on December 10, 2021. ECF No. 114.

2. The parties have consulted and now jointly request a further extension to the deadline for filing dispositive motions.

3. The parties together ask for this extra time because the expectation that there will be two summary judgment briefs (one from the Individual Defendants and a separate one from BPD), commitments in other ongoing matters, the recent departure of one of BPD's attorneys and another being on extended leave, and the recent departure of one of Plaintiff's longstanding attorneys from Brown, Goldstein & Levy. In addition, given the December holiday season, the parties have built in additional time to prepare their respective summary judgment submissions.

4. The extension requested by the parties would not unnecessarily delay the progress of the case.

5. Because all parties are requesting extensions, no party will be unfairly prejudiced.

6. The parties seek a modest two-week extension of the filing deadline, from December 10 to December 24. Because Plaintiff anticipate responding to two summary judgment motions, he seeks an extension until February 11 to file his response briefs. Defendants then seek an extension until March 4 to file their reply briefs.

7. Given the above, good cause exists for the requested extension and the parties propose that the Scheduling Order be amended as follows:

| **Current Deadline** | **Filing/Occurrence** | **Requested Deadline** |
|---|---|---|
| December 10, 2021 | Deadline for filing dispositive motions | December 24, 2021 |
| December 24, 2021 | Deadline for filing responses | February 11, 2022 |
| January 7, 2022 | Deadline for filing replies | March 4, 2022 |

For the foregoing reasons, the parties request that the Court grant this Joint Motion to Amend the Scheduling Order and extend the deadlines in the Scheduling Order as detailed above and in the Proposed Order.

Dated: December 7, 2021

Respectfully submitted,

/s/

Kobie A. Flowers (Bar No. 16511)
kaf@browngold.com
Andrew D. Freeman (Bar No. 03867)
adf@browngold.com
Neel K. Lalchandani (Bar No. 20291)
nlalchandani@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21201
Tel: (410) 962-1030
Fax: (410) 385-0869

*Attorneys for Plaintiff Jerome L. Johnson*

      /s/
Shneur Z. Nathan (20707)
Avi Kamionski (20703)
Judson Arnold (21296)
Mayer Engelsberg (21105)
NATHAN & KAMIONSKI LLP
575 S. Charles Street, Suite 402
Baltimore, MD 21201
snathan@nklawllp.com
akamionski@nklawllp.com

*Attorneys for Officer Defendants*

James Shea
BALTIMORE CITY SOLICITOR

/s/
Kara K. Lynch (29351)
Justin S. Conroy (28480)
Natalie R. Amato (20749)
Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202
410-396-2496 (telephone)
410-396-2126 (facsimile)
kara.lynch@baltimorepolice.org
justin.conroy@baltimorepolice.org
natalie.amato@baltimorepolice.org

Office of Legal Affairs

*Attorneys for Defendant Baltimore Police Department*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all counsel of record via the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on December 7, 2021.

/s/
Kobie A. Flowers