IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEROME L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-00698 |
| | ) | |
| v. | ) | |
| | ) | Honorable Ellen L. Hollander |
| BALTIMORE POLICE DEPARTMENT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, it is hereby this **7th** day of **Dec.**, 2021,

**ORDERED** that the motion is **GRANTED** and the Scheduling Order is modified as follows:

| Current Deadline | Filing/Occurrence | Requested Deadline |
|---|---|---|
| December 10, 2021 | Deadline for filing dispositive motions | December 24, 2021 |
| December 24, 2021 | Deadline for filing responses | February 11, 2022 |
| January 7, 2022 | Deadline for filing replies | March 4, 2022 |

_____
The Honorable Ellen L. Hollander
United States District Court for the District
of Maryland