IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEROME JOHNSON,

   *Plaintiff*,

v.

BALTIMORE POLICE DEP'T, *et al.*,

   *Defendants*.

Civil No. ELH-19-0698

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 30th day of September, 2022, by the United States District Court for the District of Maryland, ORDERED:

1) The suit is dismissed as to Frank Barlow;

2) Count II is dismissed as to all defendants;

3) The Sanction Motion (ECF 137) is GRANTED.

4) Alternatively, the Officer Defendants' Motion (ECF 138) and the BPD Motion (ECF 136) are GRANTED.

5) The Motion to Bifurcate (ECF 140) is DENIED, as moot;

6) The Clerk shall CLOSE the case.

                                                                              /s/
                                            Ellen L. Hollander
                                            United States District Judge