**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

October 3, 2022

LETTER TO COUNSEL

    Re:    *Johnson v. Baltimore County Police Department, et al.*
            Civil No.: ELH-19-0698

Dear Counsel:

    As you know, the Court filed a Memorandum Opinion and Order in this case late on Friday, September 30, 2022.

    I have temporarily sealed the opinion. By **October 17, 2022,** I ask counsel to confer and submit joint proposed redactions, if any, that you believe may be appropriate. If you are unable to agree, you may, of course, provide separate submissions.

    If I do not hear from you by **October 17, 2022**, I will assume that you have no objections to the unsealing of the opinion, as written.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

    Sincerely,

    /s/
    Ellen Lipton Hollander
    United States District Judge

ELH/kw