**Karen Warren**

| | |
|---|---|
| **From:** | Kobie Flowers <KFlowers@browngold.com> |
| **Sent:** | Thursday, October 13, 2022 8:35 AM |
| **To:** | MDD_ELHChambers |
| **Cc:** | Shneur Nathan; akamionski_nklawllp.com; Kyle Ashe; Mayer Engelsberg; Judson Arnold; Natalie Amato; Lynch, Kara; Neel Lalchandani; Andrew D. Freeman |
| **Subject:** | Johnson v. BPD, et al., 19 CV 698 - Redactions |

**CAUTION - EXTERNAL:**

Dear Your Honor:

In accordance with the Court's Order (ECF No. 179), the Parties conferred and have no redactions to the Court's Opinion (ECF No. 177).

Respectfully submitted,

**Kobie Flowers**

**BROWN GOLDSTEIN & LEVY**
1300 Eye Street, NW
Washington, DC 20005
T   202.742.5969
C   202.875.0481
F   202.742.5948
E   kflowers@browngold.com
T   @DCTrialLawyer
Pronouns: he/him/his

**About Brown, Goldstein & Levy, LLP**
Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law, disability rights, and health care. For more information, visit browngold.com.
CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system. Thank you.

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.