UNITED STATES DISTRICT COUNT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **JEROME JOHNSON** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )   **Civil Action No.: 19-cv-00698-ELH** |
| **BALTIMORE POLICE** | ) |
| **DEPARTMENT,** *et al.***,** | ) |
| | ) |
|    **Defendants.** | ) |

## NOTICE OF CROSS APPEAL

Defendants, Baltimore Police Department, Kevin Davis, Frank Barlow, Daniel Boone, and Gerald Goldstein, by undersigned counsel, note their cross appeal to the United States Court of Appeals for the Fourth Circuit from the portion of the September 30, 2022 memorandum opinion and order that denied Defendants an award of attorneys' fees. On October 18, 2022, Plaintiff Jerome Johnson filed his appeal from the September 30, 2022 memorandum opinion and order granting Defendants' motions for summary judgment and motion to dismiss as a litigation sanction. The USCA case number for Mr. Johnson's appeal is 22-2095.

Date: October 28, 2022        Respectfully submitted,

*/s/ Kara K. Lynch*
_____
Kara K. Lynch (#29351)
Natalie Amato (#20749)
Kyle A. Ashe (#21551)
Baltimore City Law Department
100 N. Holliday Street
City Hall Baltimore, MD 21202
Phone: 410-396-3930
Fax: 410x-547-1025
*Counsel for Defendant Baltimore Police Department*

                                                                                        /s/
                                      Shneur Nathan, Bar No. 20707
                                        Avi T. Kamionski, Bar No. 20703
                                        Judson Arnold, Bar ID 21296
                                        Nathan & Kamionski LLP
                                        575 S. Charles St., Suite 402
                                        Baltimore, MD 21201
                                        Phone: (410) 885-4349
                                        snathan@nklawllp.com
                                        akamionski@nklawllp.com
                                        jarnold@nklawllp.com
                                        *Counsel for Officer Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, I caused the foregoing document to be electronically filed via the Court's CM/ECF system, which will send an electronic copy of same to all counsel of record.

                                                                         /s/
                                        Kara K. Lynch (#29351)